B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Southern District of Florida | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>Abakan, Inc. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>98-0507522 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>Robert Seiden, Receiver * Subject to Further Order of the Court<br>2665 South Bayshore Drive, Suite 450<br>Miami, Florida 33133<br>* Debtor representative per LR 1003-1<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Miami-Dade<br>ZIP CODE 33133 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☐ Chapter 7    ☑ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>MesoCoat, Inc. | Case Number | Date<br>11/05/2015 |
|---|---|---|
| Relationship<br>Wholly-owned Subsidiary | District<br>Southern District of Florida | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. ☑ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
     or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor Abakan, Inc.

Case No.

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _(signed)_
Signature of Petitioner or Representative (State title)
Philip Graves                          11/04/2015
Name of Petitioner                     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
3999 Woodbury Ave.
North Vancouver, BC
Canada V7N 3N4

X _(signed)_                           11/04/2015
Signature of Attorney                  Date
Linda Leali, P.A.
Name of Attorney Firm (If any)
777 Brickell Avenue, Suite 1210, Miami, FL 33131
Address
(305) 341-0671
Telephone No.

X
Signature of Petitioner or Representative (State title)
Warren Lydon                           11/04/2015
Name of Petitioner                     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X
Signature of Attorney                  Date
Name of Attorney Firm (If any)
Address
Telephone No.

X
Signature of Petitioner or Representative (State title)
David van der Gulik                    11/04/2015
Name of Petitioner                     Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X
Signature of Attorney                  Date
Name of Attorney Firm (If any)
Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Philip Graves, 3999 Woodbury Avenue, North Vancouver, BC Canada, V7N 3N4 | Consulting Services | 94,480 |
| Warren Lydon, 47 Sunset Road, Falmouth, Maine 04105 | Promissory Note | 25,000 |
| David van der Gulik, 1575 Large Ave., Kelowna, BC, V1P 1N4, Canada | Tech Support | 79,500 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 354,880 |

___ continuation sheets attached

B 5 (Official Form 5) (12/07) – Page 2

Name of Debtor Abakan, Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x _____[signature]_____ 11/04/2015 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Philip Graves                    11/04/2015 | Linda Leali, P.A. |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| | 777 Brickell Avenue, Suite 1210, Miami, FL 33131 |
| Name & Mailing Address | Address |
| of Individual Signing in | (305) 341-0671 |
| Representative Capacity | Telephone No. |

| x _____[signature: Warren W. Lydon]_____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| Warren Lydon                   11/04/2015 | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address | Address |
| of Individual Signing in | |
| Representative Capacity | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| David van der Gulik             11/04/2015 | |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address | Address |
| of Individual Signing in | |
| Representative Capacity | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Philip Graves, 3999 Woodbury Avenue, North Vancouver, BC Canada, V7N 3N4 | Consulting Services | 94,480 |
| Warren Lydon, 47 Sunset Road, Falmouth, Maine 04105 | Promissory Note | 25,000 |
| David van der Gulik, 1575 Large Ave., Kelowna, BC, V1P 1N4, Canada | Tech Support | 79,500 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 354,880 |

___3___ continuation sheets attached

B 5 (Official Form 5) (12/07) -- Page 2       Name of Debtor Abakan, Inc.

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _____           x _[signature]_ 11/04/2015
Signature of Petitioner or Representative (State title)    Signature of Attorney                Date
Philip Graves                      11/04/2015           Linda Leali, P.A.
Name of Petitioner                  Date Signed          Name of Attorney Firm (If any)
                                                         777 Brickell Avenue, Suite 1210, Miami, FL 33131
Name & Mailing Address                                   Address
of Individual Signing in                                 (305) 341-0671
Representative Capacity                                  Telephone No.


x _____           x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney                Date
Warren Lydon                       11/04/2015
Name of Petitioner                  Date Signed          Name of Attorney Firm (If any)

Name & Mailing Address                                   Address
of Individual Signing in
Representative Capacity                                  Telephone No.


x _[signature]_                                       x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney                Date
David van der Gulik                11/04/2015
Name of Petitioner                  Date Signed          Name of Attorney Firm (If any)

Name & Mailing Address                                   Address
of Individual Signing in
Representative Capacity                                  Telephone No.


**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Philip Graves, 3999 Woodbury Avenue, North Vancouver, BC Canada, V7N 3N4 | Consulting Services | 94,480 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Warren Lydon, 47 Sunset Road, Falmouth, Maine 04105 | Promissory Note | 25,000 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| David van der Gulik, 1575 Large Ave., Kelowna, BC, V1P 1N4, Canada | Tech Support | 79,500 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  354,880 |

__3__ continuation sheets attached

## Request for Relief

Petitioner requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of this court granting recognition is attached.

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X _____
Signature of Petitioner or Representative (state title)

Paul Ammon, 289 Oak Ridge Drive, New Braunfels, Texas, 78132

Name and Address of Petitioner

11/4/2015
Date Signed

Promissory Notes
Nature of Claim

$105,000
Amount of Claim

_____   11/4/2015
Signature of Attorney            Date

Linda Leali, P.A.
Name of Attorney Firm

777 Brickell Avenue, Suite 1210, Miami, FL 33131
Address

(305) 341-0671
Telephone No.

## Request for Relief

Petitioner requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of this court granting recognition is attached.

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X _Paul Ammon, President_
Signature of Petitioner or Representative (state title)

Ammon & Associates, 289 Oak Ridge Drive, New Braunfels, Texas, 78132

Name and Address of Petitioner

11/4/2015
Date Signed

Promissory Notes
Nature of Claim

$20,000
Amount of Claim

_[signature]_                                    11/4/2015
Signature of Attorney                             Date

Linda Leali, P.A.
Name of Attorney Firm

777 Brickell Avenue, Suite 1210, Miami, FL 33131
Address

(305) 341-0671
Telephone No.

## Request for Relief

Petitioner requests that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of this court granting recognition is attached.

Petitioner declares under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

X _____

Signature of Petitioner or Representative (state title)

Vladmir Chernyakov, Lesi Ukrainki 4/1 Apt. 267, 220020 Minsk, Belarus

Name and Address of Petitioner

11/4/2015

Date Signed

Consulting Services

Nature of Claim

$30,900

Amount of Claim

_____   11/4/2015

Signature of Attorney                    Date

Linda Leali, P.A.

Name of Attorney Firm

777 Brickell Avenue, Suite 1210, Miami, FL 33131

Address

(305) 341-0671

Telephone No.